UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY HOOD,

    *Plaintiff,*

    v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY

    *Defendant.*

_____/

Case No. 2:22-cv-12226

District Judge
Gershwin A. Drain

Magistrate Judge
Anthony P. Patti

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#10], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND [#8], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [# 9], AND AFFIRMING COMMISSIONER OF SOCIAL SECURITY'S DECISION

Plaintiff Kristy Hood initiated this action against the Acting Commissioner of Social Security on September 21, 2022 to apply for judicial review of the denial of Disability Insurance Benefits. ECF No. 1. The Court referred the matter to Magistrate Judge Anthony P. Patti to conduct the proceedings. ECF No. 2. The parties then filed cross motions for summary judgment (ECF Nos. 8, 9), and neither party responded to the other's motion. E.D. Mich. LR 7.1(e)(2).

Magistrate Judge Patti issued a Report and Recommendation on August 16, 2023, recommending that the Court deny Plaintiff's Motion for Summary Judgment (ECF No. 8), grant Defendant's Motion for Summary Judgment (ECF No. 9), and

1

affirm the Commissioner's decision. ECF No. 10. Neither party has filed objections to Judge Patti's Report and Recommendation, and the time for filing objections has expired. 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing, the record, and the Report and Recommendation, the Court determines that Judge Patti reached the correct conclusion. Therefore, the Court will accept and adopt the Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, the Court **ACCEPTS AND ADOPTS** Magistrate Judge Patti's August 16, 2023 Report and Recommendation (ECF No. 10) as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment (ECF No. 8) is **DENIED**, and Defendant's Motion for Summary Judgment ECF No. 9) is **GRANTED**. Finally, the Court **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED**.

Dated:  September 21, 2023                         /s/ Gershwin A. Drain
                                                   GERSHWIN A. DRAIN
                                                   U.S. DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 21, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager